| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty. | FILED |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty. | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty. | 2022 JAN 28  AM 11: 24 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 22-MJ-369 |
| MATTHEW EDWARD CHEN | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 1/28/22 at 6:30  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No

4. Charges under which defendant has been booked:
   22 U.S.C. 5861(d)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1995

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: Reema M. El-Amamy   (please print)

12. Office Phone Number: 213-894-0552           13. Agency: USAO

14. Signature: /s/ Reema M. El-Amamy            15. Date: 1/28/22

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION