CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JILL GINSTLING (217911)
Deputy Federal Public Defender
(E-mail: Jill_Ginstling@fd.org)
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MATTHEW CHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW CHEN, <br><br> Defendant. | Case No. 22-MJ-369 <br><br> **STIPULATION FOR ORDER SETTING CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Reema El-Amamy; and defendant Matthew Chen, by and through Deputy Federal Public Defender Jill Ginstling, that:

1.      On January 28, 2022, Mr. Chen was arrested on a complaint alleging a violation of 26 U.S.C. § 5681(d) (possession of unregistered firearms), and he was ordered detained without bail.  Dkt. #7.  The primary concerns raised by the Court were insufficient/inappropriate sureties and the lack of an identified place for Mr. Chen to live upon his release.

2.      After the detention hearing, the defense learned of additional bail resources, as set forth below, as well as acceptable living arrangements for Mr. Chen in the Central District of California (specifically, his father has rented a short-term apartment for him in Pomona, where Mr. Chen will reside until he is able to find a long-term rental, to be approved by Pretrial Services).[1]  After meeting and conferring, the parties have agreed upon proposed conditions of release as follows, as set forth in the proposed CR-1 bond form attached as Exhibit A.

3.      These conditions include a requirement of a $120,000 appearance bond, with cash deposit in the amount of $100,000 from Huddee Ho, and an unsecured affidavit of surety without justification in the amount of $20,000 signed by Xiaochu Ba.[2]  Other conditions will include Pretrial Services Supervision, as directed by PSA; surrender all passports and travel documents to PSA, and submit a Declaration re Passport and Other Travel Documents within 24 hours of release; travel restricted to the Central District of California; reside as approved by Pretrial Services and do not relocate without prior permission from PSA; maintain or begin an educational program and provide proof to PSA; avoid all contact, directly or indirectly, with any person who is a known victim or witness (including but not limited to known members of the Cali Bois); do not possess any firearms, ammunition, destructive devices, or other dangerous weapons, and in order to determine compliance, submit to a search of your person and/or property by the Supervising Agency in conjunction with the U.S. Marshal; and Location Monitoring with a bracelet at the discretion of the Supervising Agency (with no residential restrictions).

---

[1] Mr. Chen's father has rented an apartment for this week; because it is unavailable the following week, he rented a different apartment in Pomona for that week and will continue to fund short-term housing in Pomona until Mr. Chen is able to secure a long-term residence.

[2] Mr, Ho is a close family friend (a college classmate of Mr. Chen's father) who has known Mr. Chen since he was four years old, and Mr. Ba is Mr. Chen's cousin.

4.      The parties agree that Mr. Chen may be released forthwith, upon the posting of the cash deposit and affidavit of surety, and that he will have 24 hours after his release to submit the signed bond form.

5.      After meeting and conferring, the parties agree that the described bond conditions reasonably assure the safety of any other person and the community and reasonably assure his appearance as required.

For these reasons, the parties respectfully request that the Court issue an order setting the conditions of release as set forth on the proposed bond form attached as Exhibit A.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  February 1, 2022      By  */s/ Jill Ginstling*
_____
JILL GINSTLING
Deputy Federal Public Defender

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Chief, National Security Division

DATED:  February 1, 2022      By   */s/ Reema M. El-Amamy*
_____
REEMA EL-AMAMY
Assistant United States Attorney