```
                              F I L E D
                         CLERK, U.S. DISTRICT COURT
                              2/4/2021
                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: ___VAM___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| UNITED STATES OF AMERICA,          | CR  5:22-cr-00040-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [26 U.S.C. § 5861(d): Possession of an Unregistered Firearm] |
| MATTHEW EDWARD CHEN, aka "Dolphin," | |
| Defendant. | |

The Grand Jury charges:

[26 U.S.C. § 5861(d)]

On or about October 23, 2021, in Riverside County, within the Central District of California, defendant MATTHEW EDWARD CHEN, also known as "Dolphin" ("CHEN"), knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845(a), and which had not been registered to defendant CHEN in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code, namely:  a firearm silencer of unknown

//

//

//

manufacturer, which defendant CHEN knew to each be a firearm silencer, as defined in Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24).

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes
Section