```
CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES EATON (Bar No. 325372)
(E-Mail: Charles_Eaton@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Tel: (951) 276-6346  Fax No. (951) 276-6368

Attorneys for Defendant
MATTHEW EDWARD CHEN,
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW EDWARD CHEN,<br>aka "Dolphin,"<br><br>Defendant. | Case No. 5:22-CR-00040-JGB<br><br>**NOTICE OF REASSIGNMENT** |

Deputy Federal Public Defender, Charles Eaton, hereby gives notice that he has been assigned to represent Defendant, Matthew Edward Chen, in place and stead of Deputy Federal Public Defender, Jill Ginstling.

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to accurately reflect the newly-assigned attorney to ensure that she receives all e-mails relating to filings in this case.

                                          Respectfully submitted,

                                          CUAUHTEMOC ORTEGA<br>                                          "Federal Public Defender

DATED: February 7, 2022       By  */s/ Charles Eaton*
                                                CHARLES EATON
                                                Deputy Federal Public Defender