**FILED**
CLERK, U.S. DISTRICT COURT

3/18/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MATTHEW EDWARD CHEN,<br>　aka "Dolphin,"<br><br>　　　　Defendant. | EDCR 22-0040(A)-JGB<br><br>**F I R S T**<br>**S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 922(o)(1): Transfer and Possession of Machineguns; 26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 26 U.S.C. § 5861(i): Possession of Firearms Not Identified by Serial Number] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(o)(1)]

　　On or about January 20, 2022, in Los Angeles County, within the Central District of California, defendant MATTHEW EDWARD CHEN, also known as "Dolphin," knowingly transferred a machinegun as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), namely a Glock auto sear.

COUNT TWO

[18 U.S.C. § 922(o)(1)]

On or about January 28, 2022, in Los Angeles County, within the Central District of California, defendant MATTHEW EDWARD CHEN, also known as "Dolphin," knowingly possessed two machineguns as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), namely two Glock auto sears.

COUNT THREE

[26 U.S.C. § 5861(d)]

On or about October 23, 2021, in Riverside County, within the Central District of California, defendant MATTHEW EDWARD CHEN, also known as "Dolphin," knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845(a), which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code, namely:  a firearm silencer of unknown manufacture, which defendant CHEN knew to be a firearm silencer, as defined in Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24).

|    |    |
|---|---|
| 1  | COUNT FOUR |
| 2  | [26 U.S.C. § 5861(d)] |
| 3  | On or about January 28, 2022, in Los Angeles County, within the |
| 4  | Central District of California, defendant MATTHEW EDWARD CHEN, also |
| 5  | known as "Dolphin," knowingly possessed two firearms as defined in |
| 6  | Title 26, United States Code, Section 5845(a), which had not been |
| 7  | registered to him in the National Firearms Registration and Transfer |
| 8  | Record as required by Chapter 53, Title 26, United States Code, |
| 9  | namely:  two firearm silencers of unknown manufacture, which |
| 10 | defendant CHEN knew to be firearm silencers, as defined in Title 26, |
| 11 | United States Code, Section 5845(a)(7), and Title 18, United States |
| 12 | Code, Section 921(a)(24). |

COUNT FIVE

[26 U.S.C. § 5861(i)]

On or about January 28, 2022, in Los Angeles County, within the Central District of California, defendant MATTHEW EDWARD CHEN, also known as "Dolphin," knowingly possessed two firearms, each of which did not bear a serial number or other information required by Title 26, United States Code, Section 5842, namely: two firearm silencers of unknown manufacturer, which defendant CHEN knew to be firearm silencers, as defined in Title 26, United States Code, Section 5845(a)(7), and Title 18, United States Code, Section 921(a)(24).

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes
Section

5