Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

3/18/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

Case Number  EDCR No. 22-40(A)-JGB
Defendant Number  1

U.S.A. v.  Matthew Edward Chen
Year of Birth  1995

[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  10/23/21 through 1/28/22

c. County in which first offense occurred

Riverside

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles  [ ] Ventura

[ ] Orange  [ ] Santa Barbara

[✓] Riverside  [ ] San Luis Obispo

[ ] San Bernardino  [ ] Other

Citation of Offense  18 U.S.C. § 922(o)(1);

26 U.S.C. § 5861(d); and 26 U.S.C. § 5861(i)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No  [ ] Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 1/27/22

Case Number:  22-mj-00369

Assigned Judge:  Charles F. Eick

Charging: 26 U.S.C. § 5861(d)

The complaint/CVB citation:

[ ] is still pending

[✓] was dismissed on: 2/4/22

## PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes

IF YES, provide Name:

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [✓] Yes  [ ] No

This is the  1st  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

February 4, 2022

Case Number CR No. 22-00040-JGB

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

Judge Bernal

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?

[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*  [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes  [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?     ☐ YES     ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen     ☐ Alien

Alias Name(s)     Dolphin

_____

This defendant is charged in:

　　☑ All counts

　　☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
　 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
　 18 USC § 3166(b)(7).

Is defendant a juvenile?          ☐ Yes     ☑ No

IF YES, should matter be sealed?     ☐ Yes     ☑ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud     ☐ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues       ☐ mail/wire fraud

☐ narcotics offenses         ☐ immigration offenses

☑ violent crimes/firearms     ☐ corporate fraud

☐ Other     _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

　a. Date and time of arrest on complaint:   1/28/22 Los Angeles

　b. Posted bond at complaint level on: 2/3/22

　　in the amount of $ $120,000

　c. PSA supervision?   ☑ Yes   ☐ No

　d. Is on bail or release from another district:

　_____

Defendant is **in custody**:

　a. Place of incarceration:   ☐ State   ☐ Federal

　b. Name of Institution: _____

　c. If Federal, U.S. Marshals Service Registration Number:

　_____

　d. ☐ Solely on this charge. Date and time of arrest:

　_____

　e. On another conviction:     ☐ Yes        ☐ No

　　IF YES :  ☐ State      ☐ Federal      ☐ Writ of Issue

　f.  Awaiting trial on other charges:  ☐ Yes   ☐ No

　　IF YES :  ☐ State   ☐ Federal      AND

　　Name of Court: _____

　　Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date     03/16/2022

Signature of Assistant U.S. Attorney

Reema M. El-Amamy

Print Name