PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MG DEPUTY

U.S.A. VS. Matthew Edward Chen                    Docket No.: 5:22-CR-00040-JGB-1

### Petition on Probation and Supervised Release (Modification)

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Matthew Edward Chen who was placed on supervision by the Honorable JESUS G. BERNAL sitting in the Court at Riverside, California, on the 25 day of March, 2024 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervisee consented to a modification and waives a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Matthew Edward Chen, as a special condition of supervision, shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computers, cell phones, other electronic communication or data storage devices or media, email accounts, social media accounts, cloud storage accounts, effects and other areas under the offender's control, upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions.

ORDER OF COURT

Considered and ordered this 19th day of March, 2025 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE JESUS G. BERNAL

Respectfully,

/S/ ZSANEE THOMAS
_____
U. S. Probation & Pretrial Services Officer

Place:    Riverside, California

Approved: /S/ RICHARD AN
          Supervising U.S. Probation & Pretrial
          Services Officer

Date:     October 29, 2024